Commonwealth *v.* Wilcox, Appellant.

130

Argued May 21, 1934. Before FRAZER, C. J., SIMP-SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

134

136

140

142

144

146

*William C. Alexander,* for appellant.

*William R. Toal,* Assistant District Attorney, with him *William J. MacCarter, Jr.,* District Attorney, for appellee.

148

PER CURIAM, June 30, 1934:

The judgment of the Superior Court is affirmed on the learned opinion of Judge KELLER, which fully and correctly determines all questions raised by the record.